# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CHICAGO PRIME MEATS LLC, | § | Case No. 14-32143 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/02/2014. The undersigned trustee was appointed on 09/02/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $     29,917.10

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 33.53 |
   | Bank service fees | 691.82 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 29,191.75 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  01/02/2015  and the deadline for filing governmental claims was  01/02/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,741.71 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 3,741.71 , for a total compensation of $ 3,741.71 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/06/2016              By: /s/GINA B. KROL
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 14-32143 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | CHICAGO PRIME MEATS LLC, | | | Date Filed (f) or Converted (c): | 09/02/14 (f) |
| | | | | 341(a) Meeting Date: | 09/30/14 |
| For Period Ending: | 04/06/16 | (4th reporting period for this case) | | Claims Bar Date: | 01/02/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS   Chase checking  6456 | 0.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS   Chase CD | 1,757.71 | 1,757.71 | | 1,692.12 | FA |
| 3. SECURITY DEPOSITS   Security deposit with landlord paid on 4/28/11 MADISON CORPORATE GROUP, INC P.O.BOX 71730 CHICAGO, IL 60694-1730 (847) 910-2017 | 11,200.00 | 0.00 | | 0.00 | FA |
| 4. SECURITY DEPOSITS   ComEd | 2,200.00 | 0.00 | | 0.00 | FA |
| 5. ACCOUNTS RECEIVABLE   Haggerty Ford payment for vans sold, surplus over payment of liens. Same as Asset #41 | 3,224.98 | 0.00 | | 0.00 | FA |
| 6. DEBTOR PRODUCT OR SERVICE   customer list | Unknown | 0.00 | | 0.00 | FA |
| 7. OFFICE EQUIPMENT   Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Office Desk and chair | 350.00 | 35.00 | | 35.00 | FA |
| 8. MACHINERY AND SUPPLIES   Location: 682 Roosevelt Road, Glen Ellyn IL 60137 "40 feet" Refrigerated Hussmann Deli Cases | 8,000.00 | 6,000.00 | | 6,000.00 | FA |
| 9. MACHINERY AND SUPPLIES   Location: 682 Roosevelt Road, Glen Ellyn IL 60137 3 Refrigerated walk-in coolers | 8,000.00 | 6,000.00 | | 6,000.00 | FA |
| 10. MACHINERY AND SUPPLIES   Location: 682 Roosevelt Road, Glen Ellyn IL 60137 1 Walk In Freezer | 3,000.00 | 1,660.00 | | 1,660.00 | FA |

Case 14-32143   Doc 37   Filed 04/28/16   Entered 04/28/16 09:57:11   Desc Main
Document      Page 4 of 13

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2
Exhibit A

Case No:  14-32143   DRC   Judge: Donald R. Cassling   Trustee Name: GINA B. KROL
Case Name: CHICAGO PRIME MEATS LLC,
Date Filed (f) or Converted (c): 09/02/14 (f)
341(a) Meeting Date: 09/30/14
Claims Bar Date: 01/02/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. MACHINERY AND SUPPLIES | 1,000.00 | 250.00 | | 250.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 1 Reach-In Freezer | | | | | |
| 12. MACHINERY AND SUPPLIES | 300.00 | 80.00 | | 80.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Meat Grinder | | | | | |
| 13. MACHINERY AND SUPPLIES | 1,500.00 | 500.00 | | 500.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Meat Saw | | | | | |
| 14. MACHINERY AND SUPPLIES | 1,000.00 | 300.00 | | 300.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Meat Tumbler | | | | | |
| 15. MACHINERY AND SUPPLIES | 2,000.00 | 700.00 | | 700.00 | FA |
| Location: 5316 W Sunnyside Ave, Chicago, IL 60630 Alto Shaam Oven | | | | | |
| 16. MACHINERY AND SUPPLIES | 1,000.00 | 250.00 | | 250.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 6 "8 foot" Stainless Steel Tables | | | | | |
| 17. MACHINERY AND SUPPLIES | 250.00 | 80.00 | | 80.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 4 "8 foot" Tables | | | | | |
| 18. MACHINERY AND SUPPLIES | 350.00 | 120.00 | | 120.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Vulcan Range | | | | | |
| 19. MACHINERY AND SUPPLIES | 750.00 | 250.00 | | 250.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Stand Up Freezer Display | | | | | |
| 20. MACHINERY AND SUPPLIES | 750.00 | 250.00 | | 250.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Stand Up Refrigerator Display | | | | | |
| 21. MACHINERY AND SUPPLIES | 400.00 | 125.00 | | 125.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 4 Hobbard Scales | | | | | |
| 22. MACHINERY AND SUPPLIES | 500.00 | 180.00 | | 180.00 | FA |

Case 14-32143  Doc 37  Filed 04/28/16  Entered 04/28/16 09:57:11  Desc Main
Document      Page 5 of 13

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 3

Exhibit A

| Case No: | 14-32143 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | CHICAGO PRIME MEATS LLC, | | | Date Filed (f) or Converted (c): | 09/02/14 (f) |
| | | | | 341(a) Meeting Date: | 09/30/14 |
| | | | | Claims Bar Date: | 01/02/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Rotisserie | | | | | |
| 23. MACHINERY AND SUPPLIES | 800.00 | 275.00 | | 275.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Cambro Shelving | | | | | |
| 24. MACHINERY AND SUPPLIES | 800.00 | 275.00 | | 275.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Wire Shelving | | | | | |
| 25. MACHINERY AND SUPPLIES | 6,000.00 | 5,675.00 | | 5,675.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 3 "10 foot" Kitchen Hoods | | | | | |
| 26. MACHINERY AND SUPPLIES | 1,000.00 | 350.00 | | 350.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Misc. Kitchen Equipment | | | | | |
| 27. MACHINERY AND SUPPLIES | 200.00 | 80.00 | | 80.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 24 inch Grill | | | | | |
| 28. MACHINERY AND SUPPLIES | 500.00 | 150.00 | | 150.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 2 Deli Slicers | | | | | |
| 29. MACHINERY AND SUPPLIES | 200.00 | 65.00 | | 65.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Merchandise Display | | | | | |
| 30. MACHINERY AND SUPPLIES | 1,050.00 | 400.00 | | 400.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 7 Cambro Heated Delivery Boxes | | | | | |
| 31. MACHINERY AND SUPPLIES | 200.00 | 75.00 | | 75.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Sliding Door "6 foot" Freezer | | | | | |
| 32. MACHINERY AND SUPPLIES | 400.00 | 125.00 | | 125.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 2 "3 Compartment" | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 4

Exhibit A

| Case No: | 14-32143 | DRC | Judge: Donald R. Cassling |
|---|---|---|---|
| Case Name: | CHICAGO PRIME MEATS LLC, | | |

| Trustee Name: | GINA B. KROL |
|---|---|
| Date Filed (f) or Converted (c): | 09/02/14 (f) |
| 341(a) Meeting Date: | 09/30/14 |
| Claims Bar Date: | 01/02/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Sinks | | | | | |
| 33. MACHINERY AND SUPPLIES | 150.00 | 50.00 | | 50.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 2 Compartment Sink | | | | | |
| 34. MACHINERY AND SUPPLIES | 150.00 | 50.00 | | 50.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Butcher Block Table | | | | | |
| 35. MACHINERY AND SUPPLIES | 250.00 | 85.00 | | 85.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 9 Shopping Carts | | | | | |
| 36. MACHINERY AND SUPPLIES | 100.00 | 35.00 | | 35.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Cabinet Warmer | | | | | |
| 37. MACHINERY AND SUPPLIES | 150.00 | 50.00 | | 50.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 3 Kitchen Rolling Carts | | | | | |
| 38. MACHINERY AND SUPPLIES | 200.00 | 80.00 | | 80.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 2 Chaffers | | | | | |
| 39. MACHINERY AND SUPPLIES | 1,000.00 | 320.00 | | 320.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 misc. kitchen equipment and tools inc. pots, pans, baking sheets | | | | | |
| 40. INVENTORY | 200.00 | 80.00 | | 80.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 shop supplies and dry goods | | | | | |
| 41. SALE PROCEEDS (u) | 0.00 | 3,224.98 | | 3,224.98 | FA |
| Proceeds of pre-petition sale of corporate vehicle from Haggerty Ford | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $60,882.69 | $29,982.69 | | $29,917.10 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 5
Exhibit A

| Case No: | 14-32143 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- | --- |
| Case Name: | CHICAGO PRIME MEATS LLC, | | | Date Filed (f) or Converted (c): | 09/02/14 (f) |
| | | | | 341(a) Meeting Date: | 09/30/14 |
| | | | | Claims Bar Date: | 01/02/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee resolved secured claim. Case is now ready for claims review and TFR
October 08, 2015, 12:35 pm

Trustee is reviewing books and records for preferences and fraudulent conveyances.
Auction sale possible.
October 07, 2014, 04:49 pm

Initial Projected Date of Final Report (TFR): 12/31/15     Current Projected Date of Final Report (TFR): 03/31/16

/s/   GINA B. KROL
_____     Date: 04/06/16
       GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 14-32143 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | CHICAGO PRIME MEATS LLC, | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7632  Checking Account |
| Taxpayer ID No: | *******2594 | | | |
| For Period Ending: | 04/06/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/09/14 | 41 | Haggerty Ford<br>PO Box 930<br>West Chicago, IL 60186 | Proceeds of sale | 1229-000 | 3,224.98 | | 3,224.98 |
| 11/06/14 | * NOTE * | Madison Corporate Group<br>650 Roosevelt Rd., Suite 204<br>Glen Ellyn, IL 60137 | Sale of Assets<br>* NOTE *  Properties 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40 | 1129-000 | 25,000.00 | | 28,224.98 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 28,214.98 |
| 11/20/14 | 2 | Chase Bank | | 1129-000 | 1,692.12 | | 29,907.10 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.49 | 29,871.61 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.41 | 29,827.20 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.35 | 29,782.85 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY  10165 | | 2300-000 | | 17.02 | 29,765.83 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.98 | 29,725.85 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.19 | 29,681.66 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.71 | 29,638.95 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.06 | 29,594.89 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.58 | 29,552.31 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.94 | 29,508.37 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.87 | 29,464.50 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.40 | 29,422.10 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.74 | 29,378.36 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.27 | 29,336.09 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.61 | 29,292.48 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.55 | 29,248.93 |
| 02/18/16 | 030002 | ADAMS-LEVINE<br>370 Lexington Avenue | Acct #10BSBGR6291 | 2300-000 | | 16.51 | 29,232.42 |

FORM 2

Page: 2

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-32143 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | CHICAGO PRIME MEATS LLC, | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7632 Checking Account |
| Taxpayer ID No: | *******2594 | | |
| For Period Ending: | 04/06/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | 5<br>Uniform Trans. Code | Deposits ($) | Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 03/07/16 | | Suite 1101<br>New York, NY 10017<br>ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.67 | 29,191.75 |

| Account *******7632 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 3 | Deposits | 29,917.10 | 2 | Checks | 33.53 |
| | 0 | Interest Postings | 0.00 | 17 | Adjustments Out | 691.82 |
| | | Subtotal | $ 29,917.10 | 0 | Transfers Out | 0.00 |
| | | | | | Total | $ 725.35 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 29,917.10 | | | |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 04/06/16

GINA B. KROL

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

LFORM2T4

Ver: 19.05f

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 06, 2016 |
|---|---|---|---|---|---|---|
| Case Number: 14-32143 | | Priority Sequence | | | | |
| Debtor Name: CHICAGO PRIME MEATS LLC, | | | Joint Debtor: | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 001<br>3110-00 | Cohen & Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $2,700.00 | $2,700.00 | $2,700.00 |
| 001<br>3120-00 | Cohen & Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $123.32 | $123.32 | $123.32 |
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $3,741.71 | $0.00 | $3,741.71 |
| 000001<br>070<br>7100-90 | Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Department<br>Oakbrook Terrace, IL 60181 | Unsecured | | $0.00 | $2,144.55 | $2,144.55 |
| 000002<br>070<br>7100-90 | Nicor gas<br>po box 549<br>Aurora il 60507 | Unsecured | | $0.00 | $1,161.75 | $1,161.75 |
| 000003A<br>070<br>7100-00 | David Montgomery<br>c/o Kevin H. Morse, Arnstein & Lehr, LLP<br>120 S. Riverside Plaza, Suite 1200<br>Chicago, IL 60606 | Unsecured | | $0.00 | $25,000.00 | $25,000.00 |
| BOND<br>999<br>2300-00 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | Administrative | | $0.00 | $17.02 | $17.02 |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Administrative | | $0.00 | $16.51 | $16.51 |
| | Case Totals: | | | $6,565.03 | $31,163.15 | $34,904.86 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-32143
Case Name: CHICAGO PRIME MEATS LLC,
Trustee Name: GINA B. KROL

Balance on hand $ 29,191.75

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 3,741.71 | $ 0.00 | $ 3,741.71 |
| Attorney for Trustee Fees: Cohen & Krol | $ 2,700.00 | $ 0.00 | $ 2,700.00 |
| Other: Adams Levine Surety Bond Agency | $ 17.02 | $ 17.02 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 16.51 | $ 16.51 | $ 0.00 |
| Other: Cohen & Krol | $ 123.32 | $ 0.00 | $ 123.32 |

Total to be paid for chapter 7 administrative expenses   $   6,565.03
Remaining Balance   $   22,626.72

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,306.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 79.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Department<br>Oakbrook Terrace, IL 60181 | $ 2,144.55 | $ 0.00 | $ 1,714.25 |
| 000002 | Nicor gas<br>po box 549<br>Aurora il 60507 | $ 1,161.75 | $ 0.00 | $ 928.65 |
| 000003A | David Montgomery<br>c/o Kevin H. Morse,<br>Arnstein & Lehr, LLP<br>120 S. Riverside Plaza,<br>Suite 1200<br>Chicago, IL 60606 | $ 25,000.00 | $ 0.00 | $ 19,983.82 |

Total to be paid to timely general unsecured creditors         $         22,626.72

Remaining Balance                                              $              0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE