IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Chicago Prime Meats, LLC** | ) | No. 14 B 32143 |
| | ) | |
| Debtor(s). | ) | |

### CERTIFICATE OF SERVICE

TO:     See Attached


I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and

Applications for Compensation and Deadline to Object, was sent on April 28, 2016 by

First Class U.S. Mail and/or ECF to the persons shown on the attached service list.


GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                        BY:/s/ Gina B. Krol_____
                                                          Ch 7 Bankruptcy Trustee

Service List:

Commonwealth Edison Company
3 Lincoln Center
Attn:   Bankruptcy Dept
Oak Brook Terrace, IL   60181

Nicor Gas
P.O. Box 549
Aurora, IL   60507

David Montgomery
c/o Kevin H. Morse
Arnstein & Lehr, LLP
120 S Riverside Plaza, Suite 1200
Chicago, IL   60606

Madison Corporate Group, LLC
c/o Kent Gaertner
Springer Brown, LLC
400 S County Farm Road
Wheaton, IL   60187

Chicago Prime Meats, LLC
c/o Jonathan Golding
The Golding Law Offices, PC
500 N Dearborn Street, 2nd Floor
Chicago, IL   60654

Office of the U.S. Trustee
219 S Dearborn St, Room 873
Chicago, IL   60604