# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CHICAGO PRIME MEATS LLC, § Case No. 14-32143 DRC
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 16,624.98 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 22,583.32 | Claims Discharged Without Payment: 167,138.49 |
| Total Expenses of Administration: 7,333.78 | |

3) Total gross receipts of $ 29,917.10 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 29,917.10 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,592.07 | 7,333.78 | 7,333.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 171,651.88 | 28,306.30 | 28,306.30 | 22,583.32 |
| **TOTAL DISBURSEMENTS** | $ 171,651.88 | $ 31,898.37 | $ 35,640.08 | $ 29,917.10 |

    4)  This case was originally filed under chapter 7 on  09/02/2014 .  The case was pending for 23 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/22/2016            By:/s/GINA B. KROL
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FINANCIAL ACCOUNTS | 1129-000 | 1,692.12 |
| OFFICE EQUIPMENT | 1129-000 | 35.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 6,000.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 6,000.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 1,660.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 250.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 80.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 500.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 300.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 700.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 250.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 80.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 120.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 250.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| MACHINERY AND SUPPLIES | 1129-000 | 250.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 125.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 180.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 275.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 275.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 5,675.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 350.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 80.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 150.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 65.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 400.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 75.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 125.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 50.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 50.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 85.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 35.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 50.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| MACHINERY AND SUPPLIES | 1129-000 | 80.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 320.00 |
| INVENTORY | 1129-000 | 80.00 |
| SALE PROCEEDS | 1229-000 | 3,224.98 |
| **TOTAL GROSS RECEIPTS** | | **$29,917.10** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 0.00 | 3,741.71 | 3,741.71 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 17.02 | 17.02 | 17.02 |
| ADAMS-LEVINE | 2300-000 | NA | 16.51 | 16.51 | 16.51 |
| ASSOCIATED BANK | 2600-000 | NA | 735.22 | 735.22 | 735.22 |
| COHEN & KROL | 3110-000 | NA | 1,800.00 | 1,800.00 | 1,800.00 |
| GINA B. KROL | 3110-000 | NA | 900.00 | 900.00 | 900.00 |
| COHEN & KROL | 3120-000 | NA | 123.32 | 123.32 | 123.32 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,592.07 | $ 7,333.78 | $ 7,333.78 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Benito Bautista 18 W 116 Kirkland Ln. Villa Park, IL 60181 | | 0.00 | NA | NA | 0.00 |
| | Carlos Serafin (Suarez) 1806 Birch Ave. Country Club Hills, IL 60478 | | 0.00 | NA | NA | 0.00 |
| | Dritan Agojci 11622 Broadway Crown Point, IN 46307 | | 0.00 | NA | NA | 0.00 |
| | Edgar Cruz Chavez 2301 Beau Monde Ln., Apt. 201 Lisle, IL 60532 | | 0.00 | NA | NA | 0.00 |
| | Guadalupe Hernandez 1935 S 56 Ct. Cicero, IL 60804 | | 0.00 | NA | NA | 0.00 |
| | Joel Vera 5212 Maplewood St. Chicago, IL 60626 | | 0.00 | NA | NA | 0.00 |
| | Jose Goiz 50 Bryar, Apt 105 Glen Ellyn, IL 60137 | | 0.00 | NA | NA | 0.00 |
| | Martha Stone 77 N Park Side Ave. Glen Ellyn, IL 60137 | | 0.00 | NA | NA | 0.00 |
| | Martin Garcia 1935 S 56 Ct. Cicero, IL 60804 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rogelio Soberanis 8627 S Marquette Ave. Chicago, IL 60617 | | 0.00 | NA | NA | 0.00 |
| | Santiago Bautista 18 W 116 Kirkland Ln. Villa Park, IL 60181 | | 0.00 | NA | NA | 0.00 |
| | Sherri Cook 11075 Fairbluf Huntley, IL 60142 | | 0.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O. Box 53852 Phoenix, AZ 85072-3852 | | 0.00 | NA | NA | 0.00 |
| | BUEDEL FINE MEATS & PROVISIONS 7661 S. 78th Ave. Bridgeview, IL 60455 | | 27,174.28 | NA | NA | 0.00 |
| | C&M DISTRIBUTORS 1336 Rose Ave. Carol Stream, IL 60188 | | 936.95 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CHI-TOWN PROVISIONS 5000 VARSITY DR Lisle, IL 60532 | | 873.04 | NA | NA | 0.00 |
| | CINTAS P.O.BOX 88005 Chicago, IL 60680-1005 | | 1,176.70 | NA | NA | 0.00 |
| | Comcast 350 N Wolf Road Mount Prospect, IL 60056 | | 412.06 | NA | NA | 0.00 |
| | ECONOMY PACKING CO., INC. 939 W FULTON ST. Chicago, IL 60607 | | 5,319.45 | NA | NA | 0.00 |
| | EURO USA CHICAGO 4430 S. TRIPP AVE. Chicago, IL 60632 | | 345.29 | NA | NA | 0.00 |
| | FORTUNE FISH & GOURMET P.O.BOX 203 Bedford Park, IL 60499-0203 | | 7,865.60 | NA | NA | 0.00 |
| | Global Payment Mercury Payment Systems 10 Burnett Court, Suite 300 Durango, CO 81301 | | 0.00 | NA | NA | 0.00 |
| | JPMorgan Chase Bank NA Legal Dept. 313 S. Dearborn St., 5th Flr. Chicago, IL 60603 | | 34,896.59 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | McGUIREWOODS LLP 901 E. CARY STREET Richmond, VA 23219-4030 | | 7,114.00 | NA | NA | 0.00 |
| | ORKIN PEST CONTROL 603 E DIEHL RD., STE 124 Naperville, IL 60563-1452 | | 150.00 | NA | NA | 0.00 |
| | Pickwick Associates LP c/o Heitz & Bromberek Ltd. 300 E. 5th Ave., Ste. 380 Naperville, IL 60563 | | 54,840.56 | NA | NA | 0.00 |
| | SYSCO FOOD SERVICES 250 WIEBOLDT DR. Des Plaines, IL 60016-3192 | | 2,987.13 | NA | NA | 0.00 |
| | TORVAC 3000 WEST WIRETON ROAD Blue Island, IL 60406 | | 150.00 | NA | NA | 0.00 |
| | US FOOD SERVICE, INC. P.O.BOX 98420 Chicago, IL 60693-8420 | | 16,128.51 | NA | NA | 0.00 |
| | VILLAGE OF GLEN ELLYN P.O.BOX 4508 Carol Stream, IL 60197-4508 | | 423.98 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WABASH SEAFOOD, INC 2249 W HUBBARD ST. Chicago, IL 60612 | | 393.87 | NA | NA | 0.00 |
| | WALTER ALARM SERVICES, INC P.O.BOX 522 Crystal Lake, IL 60039-0522 | | 227.50 | NA | NA | 0.00 |
| 000003A | DAVID MONTGOMERY | 7100-000 | 5,311.75 | 25,000.00 | 25,000.00 | 19,945.49 |
| 000001 | COMMONWEALTH EDISON COMPANY | 7100-900 | 3,841.31 | 2,144.55 | 2,144.55 | 1,710.96 |
| 000002 | NICOR GAS | 7100-900 | 1,083.31 | 1,161.75 | 1,161.75 | 926.87 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 171,651.88 | $ 28,306.30 | $ 28,306.30 | $ 22,583.32 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-32143 DRC Judge: Donald R. Cassling | | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- | --- |
| Case Name: | CHICAGO PRIME MEATS LLC, | | | Date Filed (f) or Converted (c): | 09/02/14 (f) |
| | | | | 341(a) Meeting Date: | 09/30/14 |
| For Period Ending: | 07/22/16 | | | Claims Bar Date: | 01/02/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS<br>Chase checking 6456 | 0.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS<br>Chase CD | 1,757.71 | 1,757.71 | | 1,692.12 | FA |
| 3. SECURITY DEPOSITS<br>Security deposit with landlord paid on 4/28/11 MADISON CORPORATE GROUP, INC P.O.BOX 71730 CHICAGO, IL 60694-1730 (847) 910-2017 | 11,200.00 | 0.00 | | 0.00 | FA |
| 4. SECURITY DEPOSITS<br>ComEd | 2,200.00 | 0.00 | | 0.00 | FA |
| 5. ACCOUNTS RECEIVABLE<br>Haggerty Ford payment for vans sold, surplus over payment of liens. Same as Asset #41 | 3,224.98 | 0.00 | | 0.00 | FA |
| 6. DEBTOR PRODUCT OR SERVICE<br>customer list | Unknown | 0.00 | | 0.00 | FA |
| 7. OFFICE EQUIPMENT<br>Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Office Desk and chair | 350.00 | 35.00 | | 35.00 | FA |
| 8. MACHINERY AND SUPPLIES<br>Location: 682 Roosevelt Road, Glen Ellyn IL 60137 "40 feet" Refrigerated Hussmann Deli Cases | 8,000.00 | 6,000.00 | | 6,000.00 | FA |
| 9. MACHINERY AND SUPPLIES<br>Location: 682 Roosevelt Road, Glen Ellyn IL 60137 3 Refrigerated walk-in coolers | 8,000.00 | 6,000.00 | | 6,000.00 | FA |
| 10. MACHINERY AND SUPPLIES<br>Location: 682 Roosevelt Road, Glen Ellyn IL 60137 1 Walk In Freezer | 3,000.00 | 1,660.00 | | 1,660.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 14-32143 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | CHICAGO PRIME MEATS LLC, | | | Date Filed (f) or Converted (c): | 09/02/14 (f) |
| | | | | 341(a) Meeting Date: | 09/30/14 |
| | | | | Claims Bar Date: | 01/02/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. MACHINERY AND SUPPLIES | 1,000.00 | 250.00 | | 250.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 1 Reach-In Freezer | | | | | |
| 12. MACHINERY AND SUPPLIES | 300.00 | 80.00 | | 80.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Meat Grinder | | | | | |
| 13. MACHINERY AND SUPPLIES | 1,500.00 | 500.00 | | 500.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Meat Saw | | | | | |
| 14. MACHINERY AND SUPPLIES | 1,000.00 | 300.00 | | 300.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Meat Tumbler | | | | | |
| 15. MACHINERY AND SUPPLIES | 2,000.00 | 700.00 | | 700.00 | FA |
| Location: 5316 W Sunnyside Ave, Chicago, IL 60630 Alto Shaam Oven | | | | | |
| 16. MACHINERY AND SUPPLIES | 1,000.00 | 250.00 | | 250.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 6 "8 foot" Stainless Steel Tables | | | | | |
| 17. MACHINERY AND SUPPLIES | 250.00 | 80.00 | | 80.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 4 "8 foot" Tables | | | | | |
| 18. MACHINERY AND SUPPLIES | 350.00 | 120.00 | | 120.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Vulcan Range | | | | | |
| 19. MACHINERY AND SUPPLIES | 750.00 | 250.00 | | 250.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Stand Up Freezer Display | | | | | |
| 20. MACHINERY AND SUPPLIES | 750.00 | 250.00 | | 250.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Stand Up Refrigerator Display | | | | | |
| 21. MACHINERY AND SUPPLIES | 400.00 | 125.00 | | 125.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 4 Hobbard Scales | | | | | |
| 22. MACHINERY AND SUPPLIES | 500.00 | 180.00 | | 180.00 | FA |

Case 14-32143   Doc 44   Filed 07/27/16   Entered 07/27/16 14:31:30   Desc Main
Document   Page 14 of 19

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 3

Exhibit 8

Case No: 14-32143   DRC   Judge: Donald R. Cassling  
Case Name: CHICAGO PRIME MEATS LLC,  

Trustee Name: GINA B. KROL  
Date Filed (f) or Converted (c): 09/02/14 (f)  
341(a) Meeting Date: 09/30/14  
Claims Bar Date: 01/02/15  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Rotisserie | | | | | |
| 23. MACHINERY AND SUPPLIES | 800.00 | 275.00 | | 275.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Cambro Shelving | | | | | |
| 24. MACHINERY AND SUPPLIES | 800.00 | 275.00 | | 275.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Wire Shelving | | | | | |
| 25. MACHINERY AND SUPPLIES | 6,000.00 | 5,675.00 | | 5,675.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 3 "10 foot" Kitchen Hoods | | | | | |
| 26. MACHINERY AND SUPPLIES | 1,000.00 | 350.00 | | 350.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Misc. Kitchen Equipment | | | | | |
| 27. MACHINERY AND SUPPLIES | 200.00 | 80.00 | | 80.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 24 inch Grill | | | | | |
| 28. MACHINERY AND SUPPLIES | 500.00 | 150.00 | | 150.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 2 Deli Slicers | | | | | |
| 29. MACHINERY AND SUPPLIES | 200.00 | 65.00 | | 65.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Merchandise Display | | | | | |
| 30. MACHINERY AND SUPPLIES | 1,050.00 | 400.00 | | 400.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 7 Cambro Heated Delivery Boxes | | | | | |
| 31. MACHINERY AND SUPPLIES | 200.00 | 75.00 | | 75.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Sliding Door "6 foot" Freezer | | | | | |
| 32. MACHINERY AND SUPPLIES | 400.00 | 125.00 | | 125.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 2 "3 Compartment" | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 4

Exhibit 8

| Case No: | 14-32143 | DRC | Judge: Donald R. Cassling |
|---|---|---|---|
| Case Name: | CHICAGO PRIME MEATS LLC, | | |

| Trustee Name: | GINA B. KROL |
|---|---|
| Date Filed (f) or Converted (c): | 09/02/14 (f) |
| 341(a) Meeting Date: | 09/30/14 |
| Claims Bar Date: | 01/02/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Sinks | | | | | |
| 33. MACHINERY AND SUPPLIES | 150.00 | 50.00 | | 50.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 2 Compartment Sink | | | | | |
| 34. MACHINERY AND SUPPLIES | 150.00 | 50.00 | | 50.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Butcher Block Table | | | | | |
| 35. MACHINERY AND SUPPLIES | 250.00 | 85.00 | | 85.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 9 Shopping Carts | | | | | |
| 36. MACHINERY AND SUPPLIES | 100.00 | 35.00 | | 35.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 Cabinet Warmer | | | | | |
| 37. MACHINERY AND SUPPLIES | 150.00 | 50.00 | | 50.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 3 Kitchen Rolling Carts | | | | | |
| 38. MACHINERY AND SUPPLIES | 200.00 | 80.00 | | 80.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 2 Chaffers | | | | | |
| 39. MACHINERY AND SUPPLIES | 1,000.00 | 320.00 | | 320.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 misc. kitchen equipment and tools inc. pots, pans, baking sheets | | | | | |
| 40. INVENTORY | 200.00 | 80.00 | | 80.00 | FA |
| Location: 682 Roosevelt Road, Glen Ellyn IL 60137 shop supplies and dry goods | | | | | |
| 41. SALE PROCEEDS (u) | 0.00 | 3,224.98 | | 3,224.98 | FA |
| Proceeds of pre-petition sale of corporate vehicle from Haggerty Ford | | | | | |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $60,882.69 | $29,982.69 | | $29,917.10 | $0.00 |

LFORM1  Ver: 19.06a

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Case 14-32143   Doc 44   Filed 07/27/16   Entered 07/27/16 14:31:30   Desc Main
Document      Page 16 of 19

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 5

Exhibit 8

Case No:     14-32143     DRC    Judge: Donald R. Cassling                     Trustee Name:              GINA B. KROL
Case Name:   CHICAGO PRIME MEATS LLC,                                          Date Filed (f) or Converted (c):  09/02/14 (f)
                                                                               341(a) Meeting Date:       09/30/14
                                                                               Claims Bar Date:           01/02/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sent TFR to US Tee for review
April 06, 2016, 09:56 am

Trustee resolved secured claim. Case is now ready for claims review and TFR
October 08, 2015, 12:35 pm

Trustee is reviewing books and records for preferences and fraudulent conveyances.
Auction sale possible.
October 07, 2014, 04:49 pm

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 03/31/16

        /s/    GINA B. KROL
_____    Date: 07/22/16
        GINA B. KROL

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-32143 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | CHICAGO PRIME MEATS LLC, | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7632 Checking Account |
| Taxpayer ID No: | *******2594 | | | |
| For Period Ending: | 07/22/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/09/14 | 41 | Haggerty Ford<br>PO Box 930<br>West Chicago, IL 60186 | Proceeds of sale | 1229-000 | 3,224.98 | | 3,224.98 |
| 11/06/14 | * NOTE * | Madison Corporate Group<br>650 Roosevelt Rd., Suite 204<br>Glen Ellyn, IL 60137 | Sale of Assets<br>* NOTE * Properties 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40 | 1129-000 | 25,000.00 | | 28,224.98 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 28,214.98 |
| 11/20/14 | 2 | Chase Bank | | 1129-000 | 1,692.12 | | 29,907.10 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.49 | 29,871.61 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.41 | 29,827.20 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.35 | 29,782.85 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | | 2300-000 | | 17.02 | 29,765.83 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.98 | 29,725.85 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.19 | 29,681.66 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.71 | 29,638.95 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.06 | 29,594.89 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.58 | 29,552.31 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.94 | 29,508.37 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.87 | 29,464.50 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.40 | 29,422.10 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.74 | 29,378.36 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.27 | 29,336.09 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.61 | 29,292.48 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.55 | 29,248.93 |
| 02/18/16 | 030002 | ADAMS-LEVINE<br>370 Lexington Avenue | Acct #10BSBGR6291 | 2300-000 | | 16.51 | 29,232.42 |

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-32143 -DRC |
| Case Name: | CHICAGO PRIME MEATS LLC, |
| Taxpayer ID No: | *******2594 |
| For Period Ending: | 07/22/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7632  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) / Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Suite 1101 New York, NY 10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.67 | 29,191.75 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.40 | 29,148.35 |
| 06/03/16 | 030003 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee's Fees | 2100-000 | | 3,741.71 | 25,406.64 |
| 06/03/16 | 030004 | Cohen & Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys' Fees | 3110-000 | | 1,800.00 | 23,606.64 |
| 06/03/16 | 030005 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys' Fees | 3110-000 | | 900.00 | 22,706.64 |
| 06/03/16 | 030006 | Cohen & Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys' Expenses | 3120-000 | | 123.32 | 22,583.32 |
| 06/03/16 | 030007 | David Montgomery<br>c/o Kevin H. Morse, Arnstein & Lehr, LLP<br>120 S. Riverside Plaza, Suite 1200<br>Chicago, IL 60606 | Final Distribution<br>(3-1) <b>Modified to correct creditor's address and claim amounts (Modified on 1/5/2015)cm</b> | 7100-000 | | 19,945.49 | 2,637.83 |
| 06/03/16 | 030008 | Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Department<br>Oakbrook Terrace, IL 60181 | Final Distribution | 7100-900 | | 1,710.96 | 926.87 |
| 06/03/16 | 030009 | Nicor gas<br>po box 549<br>Aurora il 60507 | Final Distribution | 7100-900 | | 926.87 | 0.00 |

LFORM2T4

UST Form 101-7-TDR (10/1/2010)  *(Page: 18)*

Ver: 19.06a

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-32143 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | CHICAGO PRIME MEATS LLC, | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7632  Checking Account |
| Taxpayer ID No: | *******2594 | | |
| For Period Ending: | 07/22/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 06/15/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 43.40 | -43.40 |
| * 06/20/16 | | Reverses Adjustment OUT on 06/15/16 | BANK SERVICE FEE  error entry of bank fee | 2600-003 | | -43.40 | 0.00 |

| Account *******7632 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 3 | Deposits | 29,917.10 | 9 | Checks | 29,181.88 |
| | 0 | Interest Postings | 0.00 | 20 | Adjustments Out | 735.22 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 29,917.10 | | | |
| | | | | | Total | $ 29,917.10 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 29,917.10 | | | |

/s/   GINA B. KROL

Trustee's Signature: _____   Date: 07/22/16
                        GINA B. KROL

LFORM2T4  UST Form 101-7-TDR (10/1/2010) (Page: 19)                                                      Ver: 19.06a